UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND KRUMDIECK,

                Plaintiff(s),

v.

COINBASE, INC., et al.,

                Defendant(s).

23-CV-9556 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

    An order issued November 7, 2023, scheduled an initial pretrial conference in this matter for January 24, 2024, and required the parties to file a joint status letter and proposed case management plan by January 17, 2024. *See* Dkt. No. 9. No such materials were filed and Plaintiff has not filed proof of service of the Complaint or the November 7, 2023, order on the docket.

    It is hereby **ORDERED** that, if the parties are in contact, they shall file the required joint status letter and case management plan as soon as possible and no later than **January 19, 2024.** If the parties are not in contact, Plaintiff shall file a letter on ECF by **January 19, 2024,** describing his efforts to provide actual notice of this lawsuit to Defendants and requesting an adjournment of up to thirty (30) days of the initial pretrial conference.

    SO ORDERED.

Dated: January 18, 2024
       New York, New York

                                          DALE E. HO
                              United States District Judge