

# STONE STUDIN YOUNG & NIGRO LAW GROUP LLP

*Partners*
Jill C. Stone, Esq.
Melissa Studin Young, Esq.*
Stacey Ramis Nigro, Esq.

100 CROSSWAYS PARK DRIVE WEST, # 402
WOODBURY, NEW YORK 11797
(516) 679-4300
FAX: (516) 679-3062

*Office Manager*
Gina Provenzano Hirsch

*Legal Secretary*
Victoria Weiner

*Associates*
Jenna M. Razzano, Esq.
Nicole Adler, Esq.

*ADMITTED IN NY & CT

January 18, 2024

VIA ECF
Honorable Dale Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:  Krumdieck v. Verizon Communications et al.**
      **Index No: 1:23-cv-09556-DEH**

Dear Honorable Judge Ho:

  We represent the plaintiff in the above referenced action. This letter-motion is submitted, on consent of all parties, requesting an adjournment of the Pretrial Conference presently scheduled for January 24, 2024 at 2:30 pm, to a new date of February 22, 2024 at 2:30 pm (or later date at the Court's discretion). The parties are also available on February 23, 2024, February 27, 2024 and February 29, 2024.

  This is the first time on the Court's calendar. The request is being made as the parties are in discussions with respect to the possibility of arbitrating the dispute, which plaintiff is currently investigating. As a decision to arbitrate will affect the manner in which this case proceeds before this Honorable Court, we respectfully request this short adjournment. As such, we respectfully request all dates set forth in the Court's Notice of Initial Pretrial Conference be adjourned respectively as set forth in the attached proposed Revised Notice of Initial Pretrial Conference, or other adjourned dates this Honorable Court deems appropriate.

  Further, plaintiff has consented to extend the time for each defendant to answer the Complaint to February 19, 2024, which counsel for all parties have agreed to.

Page 2

The Court's courtesies are greatly appreciated.

Very truly yours,

Stacey Ramis Nigro

SRN:vw
Encl.

    cc.    Tara Elgie, Esq.
           Hunton Andrews Kurth

           Amanda J. Wong, Esq.
           Clarick Gueron Reisbaum LLP

Application **GRANTED.** The initial pre-trial conference is **ADJOURNED** to **March 6, 2024, at 4:00 P.M. EST.** The parties shall join the conference by dialing (646) 453 - 4442 and entering the Conference ID: 306 330 45, followed by the pound sign (#). The parties shall file the required joint status letter and proposed case management plan by **February 28, 2024.** Defendants shall answer, move, or otherwise respond to the Complaint by **February 19, 2024.** So Ordered.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 13 and 15.

Dale E. Ho
United States District Judge
Dated: January 19, 2024
New York, New York