UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND KRUMDIECK,<br><br>                    Plaintiff,<br><br>v.<br><br>COINBASE, INC., et al.,<br><br>                    Defendants. | 23-CV-9556 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

    On February 28, 2024, Plaintiff and Defendant Verizon Communications, Inc. filed a proposed stipulation to stay all proceedings with respect to Verizon, pending arbitration. *See* ECF No. 25. On April 3, 2024, Plaintiff and Defendants Coinbase Inc. and Coinbase Global, Inc. filed a proposed stipulation to stay all proceedings with respect to those Defendants, pending arbitration. *See* ECF No. 37. Those stipulations will be so ordered separately.

    It is hereby **ORDERED** that, in light of the parties' agreements, all proceedings are **STAYED**, pending further order of the Court. All conferences and deadlines are adjourned, pending further order. Within seven (7) days of resolution of any claims against Defendants at arbitration, the parties shall file a status letter, proposing next steps in this litigation as necessary.

    SO ORDERED.

Dated: April 3, 2024
       New York, New York

                                                               DALE E. HO
                                                         United States District Judge