UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Krumdieck,<br><br>                              Plaintiff,<br><br>               v.<br><br>Coinbase, Inc. et al,<br><br>                              Defendants. | 23-CV-9556 (DEH)<br><br>MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

On April 4, 2024, this Court "so ordered" two proposed stipulations to stay all proceedings in this case pending arbitration: one between Plaintiff and Defendant Verizon Communications, Inc., ECF No. 39, and the other between Plaintiff and Defendants Coinbase Inc. and Coinbase Global, Inc., ECF No. 38. That same day, this Court issued an Order that, *inter alia*, directed the parties to file a joint status letter "[w]ithin seven (7) days of resolution of any claims against Defendant at arbitration." ECF No. 40.

One year has passed since this case was stayed pending arbitration. No status letter has been filed. By **April 11, 2025**, the parties shall file a joint status letter informing the Court about the status of arbitration—that is, whether arbitration has occurred and, if not, when it shall occur. SO ORDERED.

Dated: April 4, 2025
       New York, New York

                                                              _____
                                                                       DALE E. HO
                                                              United States District Judge